# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: § Case No. 13-23939
§
DARALD ZIEGLER §
PATRICIA ZIEGLER §
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 11/18/2014, in Courtroom 619 , United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   10/21/2014          By:  /s/ David P. Leibowitz
                                        Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-23939 |
| | § | |
| DARALD ZIEGLER | § | |
| PATRICIA ZIEGLER | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $2,000.00
*and approved disbursements of*     $13.17
*leaving a balance on hand of*[1]*:*     $1,986.83

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $1,986.83

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $500.00 | $0.00 | $500.00 |
| David P. Leibowitz, Trustee Expenses | $3.08 | $0.00 | $3.08 |
| Lakelaw, Attorney for Trustee Fees | $500.00 | $0.00 | $500.00 |
| Lakelaw, Attorney for Trustee Expenses | $15.86 | $0.00 | $15.86 |

Total to be paid for chapter 7 administrative expenses:     $1,018.94
Remaining balance:     $967.89

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

        Total to be paid to prior chapter administrative expenses:    $0.00
        Remaining balance:    $967.89

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

        Total to be paid to priority claims:    $0.00
        Remaining balance:    $967.89

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $32,094.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | $3,050.62 | $0.00 | $92.00 |
| 2 | Toyota Motor Credit Corporation (TMCC) | $29,044.00 | $0.00 | $875.89 |

        Total to be paid to timely general unsecured claims:    $967.89
        Remaining balance:    $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

        Total to be paid to tardily filed general unsecured claims:    $0.00
        Remaining balance:    $0.00

**UST Form 101-7-NFR (10/1/2010)**

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
                    Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                       United States Bankruptcy Court
                        Northern District of Illinois
In re:                                                     Case No. 13-23939-DRC
Darald Ziegler                                             Chapter 7
Patricia Ziegler
        Debtors
                             CERTIFICATE OF NOTICE
District/off: 0752-1         User: pseamann              Page 1 of 2               Date Rcvd: Oct 22, 2014
                             Form ID: pdf006             Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2014.
db/jdb        #+Darald Ziegler,    Patricia Ziegler,    6342 S. MAPLEWOOD,    Chicago, IL 60629-1626
aty            David P. Leibowitz,    Lakelaw,   420 W. Clayton St.,    Waukegan, IL 60085-4216
aty           +Lakelaw,    420 W. Clayton Street,    Waukegan, IL 60085-4216
20589215      +74th Street Depot Fede Credit Union,    1815 W 74th St,    Chicago, IL 60636-3745
20589216      +Capital One,    PO Box 6492,   Carol Stream, IL 60197-6492
20589217      +Capital One,    PO Box 30253,   Salt Lake City, UT 84130-0253
20589218      +Capital One,    PO Box 30281,   Salt Lake City, UT 84130-0281
20938496       Capital One Bank (USA), N.A.,    American Infosource LP agent,    PO Box 71083,
                Charlotte, NC 28272-1083
20589219      +Donnelly Lipinski & Harris LLC,    29 S. LaSalle Street,    Suite 1210,   Chicago, IL 60603-1520
20589220      +Federal National Mortgage Associati,    3900 Wisconsin Avenue, NW,    Washington, DC 20016-2806
20589221      +Fifth Third Bank,    PO Box 71104,   Charlotte, NC 28272-1104
20589223      +Jeffrey L. Rosen,    541 OTIS BOWEN DRIVE,    Munster, IN 46321-4158
20589225     #+Meyer & Njus,   29 S LASALLE ST,    SUITE 635,    Chicago, IL 60603-1559
20589227      +Sears Citibank,    PO Box 6282,   Sioux Falls, SD 57117-6282
20589228      +Sears Credit Cards,    PO Box 183081,   Columbus, OH 43218-3081
20589229      +Seterus,   14523 SW Millikan Way,    Suite 200,    Beaverton, OR 97005-2352
20589224     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Lexus Financial Services,    PO Box 5855,   Carol Stream, IL 60197)
21021588       Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
20589232      +US Small Business Administration,    200 West Santa Anna Blvd,    Suite 180,
                Santa Ana, CA 92701-4134
20589231      +University of Chicago Hospital,    5841 S. Maryland Avenue,    Chicago, IL 60637-1473

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20589222      +E-mail/PDF: gecsedi@recoverycorp.com Oct 23 2014 01:39:09      GE Capital/Walmart,
                PO Box 965024,    Orlando, FL 32896-5024
20589226      +E-mail/Text: sperry@neogenomics.com Oct 23 2014 01:27:14      Neogenomics Laboratories Inc,
                12701 Commonwealth Drive,    Suite 9,   Fort Myers, FL 33913-8626
20589230      +E-mail/Text: birminghamtops@sba.gov Oct 23 2014 01:28:48      Small Business Administration,
                PO Box 740192,    Atlanta, GA 30374-0192
20589233      +E-mail/PDF: gecsedi@recoverycorp.com Oct 23 2014 01:39:11      Walmart/GEMB,    PO Box 530927,
                Atlanta, GA 30353-0927
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2014                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2014 at the address(es) listed below:
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Kenneth W Bach    on behalf of Creditor    Federal National Mortgage Association    (Fannie Mae),
               creditor c/o Seterus, Inc. kennethb@johnsonblumberg.com,    bkecfnotices@johnsonblumberg.com
```

```
District/off: 0752-1          User: pseamann            Page 2 of 2           Date Rcvd: Oct 22, 2014
                              Form ID: pdf006           Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Michael J. Laird    on behalf of Joint Debtor Patricia  Ziegler mikejlaird@sbcglobal.net
          Michael J. Laird    on behalf of Debtor Darald  Ziegler mikejlaird@sbcglobal.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6